# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-14-00219-CR
_____

### JAMES TAYLOR JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 21666**

### ORDER

James Taylor Jr. filed a pro se notice of appeal but did not file an affidavit of indigence. The trial court clerk and court reporter have notified the Court that they have not received payment for the records. The Court finds it is necessary to determine whether the appellant has abandoned his appeal. *See* Tex. R. App. P. 37.3(a)(2).

It is, therefore, ORDERED that the appeal is ABATED and the cause is REMANDED to the trial court for a hearing to determine whether the appellant

desires to prosecute his appeal. If the appellant indicates that he desires to prosecute his appeal, the trial court shall determine whether the appellant is entitled to proceed without payment of costs. *See* Tex. R. App. P. 37.3(b), (c). For this purpose the trial judge shall conduct such hearings as may be necessary, make appropriate findings and recommendations, and prepare a record of the proceedings. If the appellant desires to pursue his appeal and the trial court determines that the appellant is indigent, the trial court may appoint counsel or order the records to be prepared without charge to the appellant. *See* Tex. Code Crim. Proc. Ann. art. 26.04(c) (West Supp. 2014); Tex. R. App. P. 20.2.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing in the above-referenced appeal. The transcription of the court reporter's notes from the hearing and the findings and recommendations of the trial court judge are to be filed on or before October 20, 2014.

ORDER ENTERED September 18, 2014.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

2